# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| BARBARA VARNER, | : |
| Plaintiff, | : Case No. 11-CV-748 |
| v. | : JUDGE ALGENON L. MARBLEY |
| JON HUSTED, *et al.*, | : Magistrate Judge McCann King |
| Defendants. | : |

## ORDER

The Plaintiff has filed a motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The Defendants do not oppose the Plaintiff's motion. For good cause shown, the Court **GRANTS** the Plaintiff's motion (Doc. 15) and **ORDERS** that this case be dismissed without prejudice.

**IT IS SO ORDERED.**

s/Algenon L. Marbley
**ALGENON L. MARBLEY**
**United States District Court Judge**

**DATED: September 15, 2011**