**AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

### JUDGMENT IN CIVIL CASE

| | |
|---|---|
| **BARBARA VARNER,** | : |
| Plaintiff, | : Case No. 11-CV-748 |
| v. | : JUDGE ALGENON L. MARBLEY |
| **JON HUSTED,** *et al.*, | : Magistrate Judge McCann King |
| Defendants. | : |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED That pursuant to the September 15, 2011 Order, the Court GRANTED the Plaintiff's Motion to Dismiss. This action is hereby DISMISSED without prejudice.

Date: **September 15, 2011**              **James Bonini, Clerk**

                                            s/Betty L. Clark
                                            Betty L. Clark/Deputy Clerk